IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SCOTT ARTHUR HARRISON,                                           CV. 07-1269-HU

        Petitioner,                                                    ORDER

  v.

CHUCK SEELEY,

        Respondent.

MOSMAN, Judge

    Petitioner's motion for voluntary dismissal (#34) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this __2__ day of December, 2008.

                                      /s/ Michael W. Mosman

                                      Michael W. Mosman

                                  United States District Judge

1 -- ORDER